NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 05-1349

KENDRITH NICHOLS AND ONNIE NICHOLS

VERSUS

STATE FARM FIRE & CASUALTY CO.

**********

APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 2002-3388-B
HONORABLE WILLIAM BENNETT, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of John D. Saunders, Oswald A. Decuir, and Billy Howard Ezell, Judges.

**AFFIRMED IN PART, REVERSED IN PART, REMANDED.**

Jesse Phillip Terrell, Jr.
Judge, Ad Hoc
P.O. 3671
Pineville, La 71360
(318) 449-5656
Counsel for Plaintiff/Appellee:
Kendrith Nichols
Onnie Nichols

**Henry Gerard Terhoeve**
**Guglielmo, Marks, Schutte, Terhoeve, & Love**
**320 Somerulos Street**
**Baton Rouge, LA 70802**
**(225) 387-6966**
**Counsel for Defendant/Appellant:**
**State Farm Fire & Casualty Co.**